# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| GEORGE DEMPSEY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-123 |
| | * | |
| v. | * | |
| | * | |
| BRUNSWICK P.D.; STATE OF GEORGIA; | * | |
| and GLYNN COUNTY, GEORGIA, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's December 19, 2017, Report and Recommendation, dkt. no. 13, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint, **DISMISSES AS MOOT** all other pending Motions, and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___30___ day of ___January___, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)